# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

DORENE DISANTO; KAREN LAWSON; MARGARET CARTWRIGHT; STATE OF OHIO; and MIKE DEWINE,

Plaintiffs,

v.

THOMAS L. THOMAS,

Defendant.

CIVIL ACTION NO.: 5:15-cv-36

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's February 2, 2016, Report and Recommendation, dkt. no. 32, to which Defendant filed Objections, dkt. no. 33. Defendant's Objections are little more than a verbatim recitation of the assertions he has already presented to this Court. Accordingly, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** as the opinion of the Court, and Defendant's Objections are **OVERRULED**. The Court **GRANTS** Karen Lawson's and Margaret Cartwright's Motion for Remand and **REMANDS** this case to the Lake County, Ohio, Court of Common Pleas. Defendant's Motions for Default Judgment, Motions to Amend/Correct, Motions to Strike, and Motion for

Immediate Consideration are **DISMISSED** as moot. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 19TH day of February, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA