# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | |
|---|---|
| DORENE DISANTO; KAREN LAWSON; MARGARET CARTWRIGHT; STATE OF OHIO; and MIKE DEWINE, | * * * * |
| Plaintiffs, | * CIVIL ACTION NO.: 5:15-cv-36 |
| v. | * * |
| THOMAS L. THOMAS, | * * |
| Defendant. | * |

## ORDER

Before the Court is Defendant Thomas L. Thomas' ("Thomas") Motion to Strike and Demand to Hold Plaintiffs-Respondents Attorneys in Contempt, dkt. no. 37, and Motion for Relief from Judgment, dkt. no. 38. After careful consideration, the Court **DENIES** Thomas' Motions.

Thomas, a resident of Brantley County, Georgia, filed a Notice of Removal in this Court pursuant to 28 U.S.C. § 1441, *et seq.*, 28 U.S.C. §§ 1331 and 1332, and 25 U.S.C. § 1901, *et seq.*, on May 26, 2015. Dkt. No. 1. Karen Lawson, a judge with the Lake County, Ohio, Juvenile Court, and Margaret Cartwright, a support officer with the Lake County, Ohio, Department of Job and Family Services, Child Support Enforcement Division, filed a

AO 72A
(Rev. 8/82)

Motion for Remand on June 23, 2015. Dkt. No. 12. The Magistrate Judge recommended the Court grant the Motion for Remand by Report dated February 2, 2016. Dkt. No. 32. Therein, the Magistrate Judge determined this Court lacks jurisdiction to hear this case, which is a child custody dispute. Id. The Court adopted the Magistrate Judge's Report and Recommendation as the opinion of the Court, over Plaintiff's Objections, by Order dated February 19, 2016. Dkt. No. 35. Thus, this case was remanded to the Lake County, Ohio, Court of Common Pleas. Id. at p. 1. Judgment was entered on February 22, 2016. Dkt. No. 36.

Subsequent to this Court's remand and entry of judgment, Defendant filed the instant Motion to Strike and Demand to Hold Plaintiffs-Respondents Attorneys in Contempt, dkt. no. 37, and Motion for Relief from Judgment, dkt. no. 38. Plaintiffs Cartwright and Lawson filed Responses opposing these Motions.

This case has been remanded to the Ohio court, and judgment has been entered closing this case. Pursuant to 28 U.S.C. § 1447(d) "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise[.]" Consequently, this Court cannot review or reconsider its remand order. Bender v. Mazda Motor Corp., 657 F.3d 1200, 1204 (11th Cir. 2011) ("Thus, even if the district court erroneously remanded the case to state court, § 1447(d)

prohibits the district court from reconsidering its remand order because the district court no longer had jurisdiction over the case. The case has been removed to state court and that is where it will stay.").

As made clear by this Court's previous Orders, this Court lacks jurisdiction to hear this matter. In addition, a review of Defendant's filings reveals little more than the reiteration of his previous filings. Thus, the Court sees no ground or authority to disturb its prior rulings. Consequently, Thomas' Motions are **DENIED**, and this case remains **CLOSED**

**SO ORDERED**, this 25 day of March, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)